9/28/26 1:40 pm (142)

Jury Note 1

My name is Jason Neu. I'm juror 11.
I should have disclosed that I am an active crypto currency trader. That is not my primary job, but I do actively trade, as well as on some of the systems that were mentioned. I've also been the victem of what is called a "rug pull". This has also been mentioned today. Due to these reasons, I can not guarentee that I will be completely partial.

Thank you,
[signature]