Jury Note 2, Ct Ex 3 10:00 am 10/7/26

Requesting Sam Speisal testimony [↗ Heritage COO] related to defendants prior interest in collecting rare coins & cards

Requesting thomas pinto [↗ Bitpay] testimony related to proof of income sources & when bitpay stopped working w/ him

We can look through all of this testimony if easier.

Mike Fisher

[signature]