UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JONATHAN SPALLETTA,<br><br>Defendant. |

26 Cr. 118 (JSR)

# VERDICT

As to **Count One**, violation of the Computer Fraud and Abuse Act, we the jury unanimously find the defendant, Jonathan Spalletta:

☒ Guilty ☐ Not Guilty

[If you find the defendant guilty of Count One, proceed to Count Two. If you find the defendant not guilty of Count One, skip Count Two]

As to **Count Two**, money laundering, we the jury unanimously find the defendant, Jonathan Spalletta:

☒ Guilty ☐ Not Guilty

Dated: 10/7/26

[signature]
Foreperson
Michael Fisher